# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00116-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MIGUEL R. RODRIGUEZ, ) | |
| ) | |
| Appellant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal [Doc. 2].

On October 30, 2020, the Honorable W. Carleton Metcalf, United States Magistrate Judge, found the Appellant guilty of one count of operating a motor vehicle under the influence of drugs and/or alcohol while on the Blue Ridge Parkway, in violation of 36 C.F.R. § 4.23(a)(1)). [See Docs. 1, 2-1]. The Appellant was sentenced to 120 days of imprisonment. [Doc. 2-1]. The Appellant filed a timely Notice of Appeal from the Magistrate Judge's Judgment on November 5, 2020. [Doc. 2].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal. The Court further will stay

the Appellant's sentence pending the resolution of this appeal.  See Fed. R. Crim. P. 38(b)(1); Fed. R. Crim. P. 58(g)(3).

**IT IS, THEREFORE, ORDERED** that the Appellant shall file his brief on appeal on or before thirty (30) days from the entry of this Order.  The Appellee shall file its brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS FURTHER ORDERED** that the Appellant's sentence of imprisonment is hereby stayed during the pendency of the appeal.

**IT IS SO ORDERED**.

Signed: November 10, 2020

Martin Reidinger
Chief United States District Judge